AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>PROPERTY SEIZED BY U.S. CUSTOMS AND<br>BORDER PROTECTION FROM YIFAN MAN<br>ON 12/30/2018 AND STORED AT PREMISES<br>CONTROLLED BY CUSTOMS AND BORDER<br>PROTECTION AT THE DALLAS/FT. WORTH<br>INTERNATIONAL AIRPORT | ) ) ) ) ) ) ) Case No. 19-mj-3-PJC |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __NORTHERN__ District of __OKLAHOMA__
*(identify the person or describe the property to be searched and give its location)*:
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __Jan 16, 2019__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Paul J. Cleary
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☑ until, the facts justifying, the later specific date of __4/1/2019__.

Date and time issued: __1/3/2019; 4PM__

_____
*Judge's signature*

City and state:   Tulsa, OK                US Magistrate Judge Paul J. Cleary
                                           *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 01/08/2019 | Copy of warrant and inventory left with: CBP officer Justin Kroack |
| Inventory made in the presence of: CBP Justin Kroack | | |
| Inventory of the property taken and name of any person(s) seized: | | |

3 DVD-R Discs
4 CD-R Discs
1 Cheesburger Fabric Computer Disc Storage Case
1 Samsung SM-J327T1 Cellular Smart Phone, Serial Number R28KB23QRQK, ImeI 359471096192938

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/08/2019

*Executing officer's signature*

Larry W. Reichardth, Special Agent
*Printed name and title*